UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILSON ALFONSO RODRIGUEZ MARTINEZ,

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION FACILITY,

Respondent.

No. 2:26-cv-01062-DC-CKD (HC)

ORDER

(Doc. Nos. 1, 2, 6)

On March 23, 2026, Petitioner filed a petition for a writ of habeas corpus brought under 28 U.S.C. § 2241, challenging his ongoing immigration detention, (Doc. No. 1), and a motion for a temporary restraining order (Doc. No. 2), initiating this habeas action: *Rodriguez Martinez v. Warden*, 2:26-cv-01062-DC-CKD ("*Rodriguez I*").

However, on that same day, Petitioner filed another petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his ongoing immigration detention, which initiated another habeas action: *Rodriguez Martinez v. U.S. Attorney General et al.*, 1:26-cv-02271-DAD-AC ("*Rodriguez II*"). Although Petitioner did not file a motion for a temporary restraining order in *Rodriguez II*, the court construed the petition as a motion for a temporary restraining order, ordered Respondents to respond, and ultimately granted the temporary restraining order providing for Petitioner's immediate release from immigration custody. (*Rodriguez II*, Doc. Nos. 4, 6.)

1

Consequently, Petitioner's motion for a temporary restraining order in *Rodriguez I*, which likewise sought immediate release, has been rendered moot. Thus, the court will deny that motion. Further, because Petitioner's petitions seek the same relief, the court will dismiss this case—*Rodriguez I*—as duplicative of *Rodriguez II*.

Accordingly,

1.     This action is dismissed because it is duplicative of *Rodriguez Martinez v. U.S. Attorney General et al.*, 1:26-cv-02271-DAD-AC;

2.     Petitioner's motion for immediate release (Doc. No. 1) and motion for a temporary restraining order (Doc. No. 2) are DENIED as moot;

3.     Respondent's motion to dismiss (Doc. No. 6) is denied as having been rendered moot by this order; and

4.     The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 8, 2026**

_____
Dena Coggins
United States District Judge

2